UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | CHAPTER: | 7 |
| | ) | | |
| KALID JAMA, | ) | CASE NO: | 20-00249 |
| | ) | | |
| DEBTOR. | ) | JUDGE: | DAVID D. CLEARY |

## **NOTICE OF MOTION**

TO: See attached list

    PLEASE TAKE NOTICE that on July 8, 2020, at 10:00 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the motion by Trustee Alex Moglia for dismissal of debtor's bankruptcy case with notice under local rule 2002-1 or in the alternative extend time to object to discharge, a copy of which is attached.

    **This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at [www.Court-Solutions.com](www.Court-Solutions.com) or by calling Court Solutions at (917) 746-7476.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                      By: /s/ Alex D. Moglia
                                            1325 Remington Road, Ste. H
                                            Schaumburg, IL 60173
                                            847-884-8282
                                            amoglia@mogliaadvisors.com

# CERTIFICATE OF SERVICE

I, Karen Nandapreecha, certify that on June 3, 2020, I caused to be served of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail

## VIA FIRST CLASS MAIL

Kalid Jama
9904 S. Wallace
Chicago, IL 60628

## VIA ELECTRONIC MAIL

Alex D Moglia
amoglia@mogliaadvisors.com

Anamaria F Rivero on behalf of Creditor Independence Towing & Recovery, Inc.
arivero@boundaslaw.com, riveroar72266@notify.bestcase.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Timothy L Rowells on behalf of Creditor RANAC, INC
sbzrlaw@gmail.com, dbejgiert@gmail.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | ) | CHAPTER: | 7 |
| | ) | | |
| KALID JAMA, | ) | CASE NO: | 20-00249 |
| | ) | | |
| DEBTOR. | ) | JUDGE: | DAVID D. CLEARY |

## MOTION TO DISMISS DEBTOR WITH NOTICE UNDER LOCAL RULE 2002-1 OR IN THE ALTERNATIVE TO EXTEND TIME TO OBJECT TO DISCHARGE

NOW COMES Alex D. Moglia, Trustee, and in support of his Motion herein, respectfully represents as follows:

1. This case is currently pending under Chapter 7 of the U.S. Bankruptcy Code, and Movant is the duly appointed and qualified Trustee herein.

2. The original Chapter 7 meeting of creditors herein was set for April 30, 2020.

3. Debtor failed to appear at that hearing and Trustee continued the meeting to May 28, 2020.

4. Debtor failed to appear at that continued hearing on May 28, 2020.

5. As a result of Debtor's failure to comply with the provisions of the Bankruptcy Code and submit to appropriate examination, Trustee is unable to properly and timely administer this case, or to determine whether or not grounds for objection to discharge exist pursuant to his duties as set forth in 11 U.S.C. §704.

WHEREFORE Trustee prays for entry of an order dismissing this Chapter 7 Case and vacating any previously entered discharge herein as entered in error (if any) or, in the alternative, extending for 60 days the date by which Trustee may object to Debtors' Discharge.

Respectfully submitted:

By: */s/ Alex D. Moglia /s/*

Alex D. Moglia, Trustee
1325 Remington Rd., Ste. H
Schaumburg, IL 60173
847-884-8282
amoglia@mogliaadvisors.com